

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00255-CV

ALFONSO COLLAZO, JUAN MIGUEL TORRES, MARCOS SALVADOR, ZUMELA COLLAZO, AND ELIZABETH ACOSTA-TORRES

APPELLANTS

V.

RICKEY ALLEN LEHMAN AND NATIONAL OIL WELL VARCO, L.P.

APPELLEES

------------

## FROM THE 271ST DISTRICT COURT OF WISE COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On September 9, 2011, we notified appellants that the trial court clerk responsible for preparing the record in this appeal had informed this court that arrangements had not been made to pay for the clerk's record as required by

---

[1]*See* Tex. R. App. P. 47.4.

Texas Rule of Appellate Procedure 35.3(a)(2). *See* Tex. R. App. P. 35.3(a)(2). We stated that we would dismiss the appeal for want of prosecution unless appellants, within fifteen days, made arrangements to pay for the clerk's record and provided this court with proof of payment.

Because appellants have not provided this court with proof of payment for the clerk's record, it is the opinion of the court that the appeal should be dismissed for want of prosecution. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 37.3(b), 42.3(b).

Appellants shall pay all costs of the appeal, for which let execution issue.

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  October 6, 2011